UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN JOHNSON, | ) No. CV 11-05734-VBF (VBK) |
| Petitioner, | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF THE UNITED |
| v. | ) STATES MAGISTRATE JUDGE |
| RAFAEL ZUNIGA, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts the Findings and Recommendations of the United States Magistrate Judge (2) Respondent's Motion to Dismiss is granted; and (3) Judgment be entered denying and dismissing the Petition without prejudice.

DATED: November 29, 2011

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE